IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

**FILED**



*4:10 pm, 1/12/26*

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| TRI COUNTY TELEPHONE ASSOCIATION, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY and THE HARTFORD INSURANCE GROUP d/b/a HARTFORD FINANCIAL PRODUCTS,<br><br>Defendants. | Case No. 24-CV-274-R |

# FINAL JUDGMENT

This action came before the Court on Plaintiff's Complaint against Defendants Twin City Fire Insurance Company and the Hartford Insurance Group d/b/a Hartford Financial Products. The Court entered an Order granting Defendants' Motion for Summary Judgment. Accordingly, it is therefore **ORDERED, ADJUDGED, AND DECREED** that judgment is in favor of Defendants.

Dated this 12th day of January, 2026.

Kelly H. Rankin
United States District Judge