**David M. Clark**
**RAGAIN & CLARK, PC**
**223 Shiloh Crossing, Suite 4**
**Billings, MT 59106**
**(307) 388-6400**
dave@mtwylaw.com

**Jon M. Moyers**
**MOYERS LAW P.C.**
**3936 Avenue B, Suite D**
**Billings, MT 59102**
**(406) 655-4900**
jon@jmoyerslaw.com

*Attorneys for Plaintiff TCT*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **TRI COUNTY TELEPHONE ASSOCIATION, INC.**, a Wyoming corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| **TWIN CITY FIRE INSURANCE COMPANY** and **THE HARTFORD INSURANCE GROUP** d/b/a **HARTFORD FINANCIAL PRODUCTS**, | )<br>)<br>)<br>)<br>)<br>) **PLAINTIFF TCT'S NOTICE OF APPEAL OF FINAL JUDGMENT TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT** |
| Defendants. | ) |

Plaintiff Tri County Telephone Association, Inc., by and through its counsel, and, pursuant to Rules 3(a) and 4(a) of the Federal Rules of Appellate Procedure, appeals to the United States Court of Appeals for the Tenth Circuit from the Final

Judgment entered by the U.S. District Court for the District of Wyoming on January 12, 2026, after summary judgment was entered in favor of Defendants Twin Cities Fire Insurance company and the Hartford Insurance group d/b/a Hartford Financial Products.

RESPECTFULLY SUBMITTED this 9th day of February, 2026.

RAGAIN & CLARK, PC

By: */s/ David M. Clark*
David M. Clark, WY State Bar #6-4133
RAGAIN & CLARK, PC
223 Shiloh Crossing, Suite 4
Billings, MT 59106
(307) 388-6400
dave@mtwylaw.com

and

MOYERS LAW P.C.

By: */s/ Jon M. Moyers*
Jon M. Moyers
MOYERS LAW P.C.
3936 Avenue B, Suite D
Billings, MT 59102
(406) 655-4900
jon@jmoyerslaw.com

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, on this 9th day of February, 2026.

| | | |
|---|---|---|
| Vincent J. Velardo | [ ] | U.S. Mail |
| Litchfield Cavo LLP | [ ] | Hand-Delivery |
| 2455 E. Parleys Way, Suite 320 | [ ] | Fax |
| Salt Lake City, UT 84109 | [x] | Email |
| velardo@litchfieldcavo.com | | |
| *Attorney for Defendants* | | |

| | | |
|---|---|---|
| Matthew W. Beato | [ ] | U.S. Mail |
| Elizabeth A. Jewell | [ ] | Hand-Delivery |
| Kelsey R. Hunt | [ ] | Fax |
| Wiley Rein LLP | [x] | Email |
| 2050 M Street NW | | |
| Washington, DC 20036 | | |
| mbeato@wiley.law | | |
| ejewell@wiley.law | | |
| khunt@wiley.la | | |
| *Attorney for Defendants* | | |

/s/
Jon M. Moyers